UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:23-117 |
| | ) | |
| | ) | 18 U.S.C. § 248 (a)(1) |
| | ) | 18 U.S.C. § 248 (b)(1) |
| v. | ) | |
| | ) | |
| STEVEN CLARK LEFEMINE | ) | **INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

On or about November 15, 2022, in the District of South Carolina, the defendant, **STEVEN CLARK LEFEMINE**, by physical obstruction, did intentionally intimidate and interfere with and attempt to intimidate and interfere with employees and patients of Planned Parenthood South Atlantic in Columbia, South Carolina from providing reproductive health services and patients of said clinic from obtaining reproductive health services in that the defendant, **STEVEN CLARK LEFEMINE**, did block the front doors, making it difficult for employees and patients to get around him to enter the clinic;

In violation of Title 18, United States Code, Sections 248 (a)(1) and (b)(1).

A ___TRUE___ BILL



_____
FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

_____
T. DeWayne Pearson (#10859)
Assistant United States Attorney
1441 Main Street, Ste. 500
Columbia, South Carolina 29201
Tel. (803) 929-3000
Fax (803) 254-2912
Email: DeWayne.Pearson@usdoj.gov